NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE McGEE,                       )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-4107
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

PER CURIAM.

            Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.